In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00039-CV
_____

### AMANDA LAFFERTY, Appellant

### V.

### JASPER COUNTY SHERIFF'S DEPARTMENT, Appellee

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 31119**

### ORDER

Counsel of record for appellant Amanda Lafferty filed a motion to withdraw as counsel.  Counsel provided the appellant's last known address, mailed a copy of the motion to the appellant at her last known address, and counsel states that the appellant consents to the withdrawal. *See* Tex. R. App. P. 6.5(a).

The motion to withdraw as counsel for the appellant is GRANTED.  Tex. R. App. P. 6.5.  All notices in the appeal will be sent to the appellant, *pro se*, at the address

1

provided by counsel for the appellant. On its own motion, the Court grants an extension of time to file the brief of the appellant. The appellant's brief is due May 6, 2013.

ORDER ENTERED April 4, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.